M. Michael Sasser, Esq. [ISB No. 1666]
SASSER & INGLIS, P.C.
1902 W. Judith Lane, Ste. 100
P.O. Box 5880
Boise, Idaho 83705
Telephone: (208) 344-8474
Facsimile: (208) 344-8479

Theodore L. Garrett
Thomas E. Hogan
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20044
Telephone: (202) 662-5398
Facsimile: (202) 778-5398

Attorneys for Defendants Intalco Aluminum Corporation,
Alumet Corporation, and Pechiney Metals, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TOM JOHANSEN and SANDY JOHANSEN; BRETT ANDERSEN and MISTY ANDERSEN, in their individual capacities and as natural guardian for B.A.; JOHN JOHANSEN; JAMI JOHANSEN; and MARIE JOHANSEN,<br><br>            Plaintiffs,<br>vs.<br><br>NORANDA MINING, INC.; NORANDA EXPLORATION, INC.; POLYONE CORPORATION; ALUMET CORPORATION; BLACKBIRD MINING COMPANY, a Limited Partnership; INTALCO ALUMINUM CORPORATION; and PECHINEY METALS, LLC,<br><br>            Defendants. | Case No.: 4:10-cv-00257-E-BLW<br><br>**ALTERNATIVE DISPUTE RESOLUTION PLAN** |

**ALTERNATIVE DISPUTE RESOLUTION PLAN - 1.**

PURSUANT TO the Case Management Order (Docket No. 33), Paragraph 3, *Alternative Dispute Resolution Plan*, and in conjunction with Local Civil Rule 16.4, the Plaintiffs and the Defendants, by and through their respective counsel of record, hereby submit their agreed Alternative Dispute Resolution (ADR) Plan, as follows:

1. **Form of ADR.** The parties will participate in a mediation session with a private, impartial third party mediator.

2. **Selection of Mediator.** The parties will select a private, impartial third party mediator, who will be retained by the parties pursuant to an agreement prior to the mediation.

3. **Date of Mediation.** The mediation shall be conducted no later than November 11, 2011, which is 44 days after all expert witness reports must be disclosed.

All parties and their respective counsel agree that this ADR Plan best serves their needs, reduces the financial and emotional burdens of litigation, and enhances the Court's ability to timely provide traditional litigation services, as required by Local Civil Rule 16.4(a)(1).

DATED this 22nd day of December, 2010.

MERRILL & MERRILL, CHARTERED

By _____
Kent A. Higgins, Of the Firm
Attorneys for Plaintiffs

MOORE, SMITH, BUXTON & TURCKE, CHTD.

By _____
Bruce M. Smith, Of the Firm
Attorneys for Defendants Noranda Mining, Inc., Noranda Exploration, Inc., & Blackbird Mining Co.

SASSER & INGLIS, P.C.

By _____
M. Michael Sasser, Of the Firm
Attorneys for Defendants Intalco Aluminum Corporation, Alumet Corporation, and Pechiney Metals, LLC

**ALTERNATIVE DISPUTE RESOLUTION PLAN - 2.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

- **Theodore L Garrett**
  tgarrett@cov.com

- **Kent A Higgins**
  khiggins@merrillandmerrill.com

- **Thomas E Hogan**
  thogan@cov.com

- **M Michael Sasser**
  mms@sasseringlis.com,ceh@sasseringlis.com

- **Bruce M Smith**
  bms@msbtlaw.com,cam@msbtlaw.com

M. Michael Sasser

ADR Plan.doc

**ALTERNATIVE DISPUTE RESOLUTION PLAN - 3.**